**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ROGER ROBINSON, JR. DMD, dba
Northeast Florida Periodontics &
Dental Implants, ROGER ROBINSON,
JR. DMD, dba Northeast Florida
Periodontics & Dental Implants, and
ROBINSON REAL ESTATE
HOLDINGS, LLC, dba Northeast
Florida Periodontics & Dental Implants,

    Plaintiffs,

v.       Case No. 3:22-cv-483-TJC-JBT

DEPOSITORS INSURANCE
COMPANY,

    Defendant.

## O R D E R

Upon review of the Joint Stipulation For Dismissal With Prejudice (Doc. 17), filed on May 31, 2023, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of June, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:
Counsel of record